# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT MAURICE WILSON,
               Appellant,
vs.
PERRY RUSSELL, WARDEN, NNCC;
AND THE STATE OF NEVADA,
               Respondents.

No. 82981

**FILED**

JUN 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for counsel. Eleventh Judicial District Court, Mineral County; Jim C. Shirley, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for counsel, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Jim C. Shirley, District Judge
       Robert Maurice Wilson
       Attorney General/Carson City
       Mineral County District Attorney
       Clerk of the Court/Court Administrator

SUPREME COURT
OF
NEVADA

(O) 1947A

21-16801